# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

August 9, 2005

**Before**

Hon. KENNETH F. RIPPLE, *Circuit Judge*

Hon. ILANA DIAMOND ROVNER, *Circuit Judge*

Hon. DIANE P. WOOD, *Circuit Judge*

No. 04-3337

GHEORGHE VASILE,
    *Petitioner*,

  *v.*

ALBERTO R. GONZALES, Attorney
General of the United States,
    *Respondent*.

Petition for Review of an Order of
the Board of Immigration Appeals.

No. A97-119-546

**O R D E R**

The Court, *sua sponte*, amends its Opinion in the above matter, issued on August 9, 2005, to read as follows:

Page 2, lines 12 and 13: delete "and Nationality Act (INA)" and insert "Judge (IJ)."

The sentence should read: "Hoping to avoid that ultimate outcome, he requested that the Immigration Judge (IJ) consider his previously filed asylum application."

So Ordered.